[No. 28427-4-I. Division One. January 11, 1993.]

FRANK B. LYNOTT, ET AL, *Appellants*, v. NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 89-2-12021-6, Patricia H. Aitken, J., entered April 12, 1991. *Reversed* by unpublished opinion per Scholfield, J., concurred in by Coleman and Forrest, JJ.

[No. 28077-5-I. Division One. January 11, 1993.]

MICHAEL RORVIG, ET AL, *Respondents*, v. JOEL DOUGLAS, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 89-2-01374-2, Michael F. Moynihan, J., entered February 19, 1991. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Forrest and Baker, JJ.

[No. 25958-0-I. Division One. January 11, 1993.]

*In the Matter of the Marriage of* BRENDA LEORA LUDWIG, *Respondent, and* RICHARD A. LUDWIG, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88-3-04363-3, Timothy Edwards, J. Pro Tem., entered April 10, 1990. *Affirmed* by unpublished per curiam opinion.